# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 27 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Charles W. Bramlett II
Plaintiff

v.

4-23CV-203-P

Civil Action No.

Tarrant County ; Tarrant County Precinct One,
Defendant  Doug Kelly, Curtis Knowles, Catherine Young-Junior

## COMPLAINT

CLAIM 1: Hostile Work Environment Protected Class: Race/Color

The Complainant is Caucasian/white male who was expected by his Caucasian/white Supervisors to participate in activities that would lead to discrimination. At first, the Complainant complied with his Supervisors, believing that he was simply monitoring other employees because he was being prepped for a promotion to a supervisory position himself. However, after he noticed a pattern of targeting African American/Black employees, subjecting them to harassment and disparate treatment, the Complainant could no longer participate in the activities ordered by his Supervisors. Once the Complainant ceased his participation, realizing that he was being asked to discriminate against the African American/ Black employees, his Supervisors began to treat him differently and would punish him for not engaging. Because of this, the Complainant believes that he was discriminated against because of expression of opposition to race/color discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

please see attached documents

\* Attach additional pages as needed.

Date          2-17-2023
Signature     Charles W Bramlett II
Print Name    Charles W. Bramlett II
Address       15017 S. Scenic Dr
City, State, Zip  Barbeau, MI 49710
Telephone     682-521-0400

CLAIM 2: Retaliation

Protected Class: Retaliation

After expressing opposition to his Supervisors regarding the race/color discrimination in which they engaged, the Complainant filed a written complaint Human Resources. Shortly after filing his complaint with Human Resources, the harassment became so pervasive because of expressing opposition, the Complainant feared for his safety and left under constructive discharge.

Because of this, the Complainant believes that he was retaliated against for engaging in the protected activity of expressing opposition to orders that would have led to race/color discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

CLAIM 1: Hostile Work Environment

Protected Class: Race/Color

1. The Complainant is asked by his supervisors to closely monitor African American/Black employees.

CLAIM 2: Retaliation

Protected Class: Retaliation

2. The Complainant submits a written complaint to Human Resources expressing opposition.
3. The Complainant is further harassed and threatened because he expressed opposition.

---

CLAIM 1: Hostile Work Environment

Protected Class: Race/Color

1. **The Complainant is asked by his supervisors to closely monitor African American/Black employees.**

3

Graylin Curry-Robertson's (AA/Black) – Operator 4 for the purpose of collecting information that he could spin and use against Mr. Curry – Robertson.

- It was Mr. Kelly's intent, as he had done before, to use information obtained to hold up Mr. Curry -Robertson's opportunity for time on the machines that he operated so that Mr. Kelly could afford more preferential treatment to the white machine operators that had less seniority and experience than Mr. Graylin-Curry.

- The Complainant, now fully aware what was expected of him, refused to do this.

- About a month after telling Doug Kelly that he refused to place the camera because he knew definitively the actions would lead to discrimination, the Complainant began to experience retaliation from Mr. Kelly.

    - The Complainant by this point had repeatedly told Mr. Kelly and Mr. Curtiss that there actions were discrimination against the African American/Black employees.

    - The Complainant openly expressed his opposition to his supervisors and would not participate in the discriminatory acts.

CLAIM 2: Retaliation

Protected Class: Retaliation

2. **The Complainant submits a written complaint to Human Resources expressing opposition.**
   - September 24, 2020: After being intimidated and threatened for many months by Doug Kelly and Curtiss Knowles because of his expressed opposition, the Complainant submits a written complaint expressing opposition to orders he believed were leading to discrimination (see C Bramlett support doc 1 attached).
     - This complaint names a long list of African American/Black employees to whom the Complainant witnessed ongoing discriminatory intent by Doug Kelly – Park Crew Supervisor and Curtiss Knowles – Asst. Director of Field Operations.
       - The Complainant also notes in his conversation with Ann Smith - Civil Service Coordinator - that Mr. Kelly and Mr. Knowles worked with Catherine Young-Junior to ensure that the proper pretextual

5

        paperwork would be filed to set up the African American/Black employees to fail and for their eventual termination.

        - Ms. Junior has since announced her sudden resignation.
    - The Complainant also names white employees that have been punished as result of them not targeting the AA/Black employees as well as refusing to remain segregated from and not speak with the AA/Black employees.

3. **The Complainant is further harassed and threatened because he expressed opposition.**

- On or about October 1, 2020: Due to a death in the family, the Complainant contacts Clarence Lyons – Project Supervisor – to request bereavement leave, to which he was entitled.
    - Mr. Lyons acknowledges the Complainant's request and tells him it will be taken care of.
    - The Complainant later learns from Mr. Lyons that Mr. Kelly, Mr. Knowles and Mrs. Young-Junior would not allow him to authorize the Complainant's bereavement leave.
        - The Complainant was told that a white supervisor must authorize/sign for the bereavement leave.
        - According to job title and duties, Mr. Lyons should have been permitted to authorize/sign for the Complainant's bereavement leave.
        - Along with this being race discrimination against Clarence Lyons, it was also harassment as retaliation against the Complainant for filing a complaint with Human Resources.
- October 12, 2020: The Complainant sends an email announcing his resignation immediately.
    - The Complainant's resignation was because he feared his safety and that of his family.
        - The Complainant received several reports from coworkers that Doug Kelly and Curtiss Knowles were attempting to recruit employees to set the Complainant up for failure.
        - There were even threats made, stating that Mr. Kelly and Mr. Knowles wanted to make it appear as if the Complainant became

6

- violent and was harmed physically so as to prevent the Complainant from hurting anyone.
- The Complainant received reports from coworkers that Mr. Kelly and Mr. Knowles wanted to retaliate against the Complainant for filing his complaint both by physically hurting him and costing him his job.

Conclusion:

The Complainant is placed in a promotion ahead of his similarly situated coworkers outside his protected class. While not aware at the time of his promotion, he began to see the preferential treatment as he was also recruited by his supervisors to target the AA/Black coworkers to set them up to fail. Once the Complainant fully realized the intent of his supervisors, which was to control, segregate, target and eliminate the AA/Black workers, he knew he had to do something.

The Complainant first refused orders from his supervisors that he believed to be discriminatory. He immediately noticed a change in how he was treated when he stood up for what was right. He then went to Human Resources and filed a written complaint. After he filed his complaint, the supervisors named in the complaint began to immediately retaliate.

The supervisors named above, recruited others with promises of promotions and raises, if they would target the Complainant, or possibly cause an accident to injure him. As the Complainant learned of the danger to himself and possibly his family as well as his being targeted for unfair discipline, he had to leave under constructive discharge.

Because of this, the Complainant believes that he has been discriminated against because of his opposition to following orders that would have resulted in discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, as amended as well as being retaliated against because he engaged in the protected activity of expressing opposition and complaining to Human Resources of race/color discrimination.

Charles Bramlett
Operator 3 precinct one
Tarrant County
469-507-0958

September 20, 2020

For seven years now I have felt like my advancement was based not on my skills alone but also on the racially motivated actions of Doug Kelly and Curtis Knowles. The supervisors at the precinct have put me purposely in a position I never wanted. I deserve to be free of employee discrimination including harassment. I live in constant fear of retaliation for refusing to follow orders that would result in discrimination. I am participating in a complaint process in order to prevent further incidents of discrimination or retaliation. After what happened on Thursday, September 17, 2020 I know that nothing was ever going to change and I was afraid for my life. They have pushed me to where I nearly quit my job. Not only am I afraid for my life, I am afraid of being taken off jobs and machines I have already been working. I truly feel like they assumed that since I was white, I was racist.

I was put on machines as a temp by Doug Kelly and ever since I congratulated him on his promotion to supervisor, he assumed I was racist like him just as he assumes all white people are racist. Doug Kelly and Curtis Knowles used the name "Hubba Bubba" for T.C. Webster (Ex Director Precinct One, African American, Black) because of his pink gums. That was one of the sickest things I have heard someone say about another person. I never knew what it meant until I asked Doug Kelly one day. Doug Kelly and Curtis Knowles even said this in front of L.T Manos numerous times who is black. L.T didn't even know what this meant until he asked me and I had to explain it to him. Do you know how horrible and humiliating it is to have to say this to one of your best friends who is a black man? Doug Kelly and Curtis Knowles still refer to T.C. in this manner to this day.

Doug told me not to talk to my Ex Brother in law Kirk Oliver (Sign Technician, African American, Black). I used to talk to Kirk every single day. I have known him for more than 20 years now. He instructed me in front of my daughter who was 7 years old that he was a "Lazy Ni### and don't talk to him anymore." She

still remembers it. She is 10 now. The strain it placed on my family was too much to bear. All he even ever calls the black people at the job are "lazy ni####". From that point on he asked me to find out information on Graylin Curry-Robertson (operator 4, African American, Black) and Micheal Loyd Sanders and report back to him. Doug Kelly was trying to set Graylin and Michael up to fail and target them to be fired. This behavior extends to the following people.

- T.C. Webster (Ex-Director Precinct one, African American, Black)
- Gary Williams (Operator 4, African American, Black)
- Micheal Loyd Sanders (Operator 3, African American, Black)
- Steve Ledezma (Operator 3, Latin American)
- Nick Sifert (Operator 5, Caucasian, White)
- Montreal Bolar (Operator 3, African American, Black)
- Clarence Lyons (Supervisor, African American, Black)
- Darel Tennison (Operator4, African American, Black
- Clyde Lawson (Operator 5, African American, Black)
- Delbert Sanders (Mechanic Shop)
- L.T. Manos (Ex Operator 3, African American, Black)
- Alan Ellison (Operator 3, Caucasian, White)
- Wayland Parks (Operator 3, African American, Black)
- J.D. Holloman (Landscape Maintenance, African American, Black)
- Other Employees who are no longer employed at the precinct

Doug Kelly asked me to find dirt on all of these people and report back to him because of their race. Even to take pictures and in one extreme instance pertaining to Nick Sifert (Operator 5) and Grayland Curry-Robertson (Operator 4) Doug asked me to purchase a camera and hide it in Nick and Graylins work truck and he would pay me back ( to record Nick And Grayland). I just smiled and said yes but I never would and never did do this. That is when Doug started to treat me different. He was first after Nick for not writing Mike Sanders up for stuff that wasn't true. When Nick stood up to Doug and told him he wanted Graylin on the asphalt wing (after Doug had already told me and Nick he wanted Graylin fired) Nick has been targeted for a never ending stream of retaliation of all different types by Doug and Curtis, they even told the whole precinct that it was "open season" on Nick. All

because he stuck up for the black employees at the precinct, and refuses to target people based on race at Doug and Curtiss orders.

Doug has been against all these people from the beginning. He has tried to get me to write up the black people listed in this document repeatedly. He has even threatened to call immigration on my nanny who happens to be the wife of another employee. Doug knows that I am not doing his dirt anymore and after everything on the news I don't want all these people thinking I am like that. I feel bad already for what has happened.

I am afraid of retaliation for no longer doing what they ask me to do against my co-workers because I believe it to be discriminatory. I saw firsthand what they did to Mike Sanders and it's scary. Doug and Curtis know that I have been telling people what has been going on. It is at the point that it has caused problems outside my work with my family with my relationships with my coworkers and really that they have caused a huge rift and racial divide within the precinct. I don't understand it. It is scary. I feel like Alan Ellison (Operator 3, Caucasian, white) has been discriminated against for refusing to stop talking to black people and he even told another employee that Alan "wasn't white enough". All these people just want to go to work, make some money for their family and go home the same as me and everyone else. Doug and Curtis try to get us to write up Delbert Sanders (mechanic shop supervisor, African American, Black) every day and also Keith Kelly (another shop mechanic who has since been let go, African American, Black). Doug Kelly says on a daily basis that "there is going to be a big change coming" referring to getting rid of the black people. Doug Kelly has also stated repeatedly that they are going to get rid of the park crew, that it's coming soon, to be ready like it's funny to him. Doug and Curtis have targeted Jamie Garza and Daryl Tennison since before I even came to work there. Doug and Curtis laugh about how they are closing the park crew out and giving the positions to the whites. They are supposed to be giving me an Operator 4 in October from the closing of a park crew position. I don't feel right because I have heard them laugh about giving these positions to the whites and even though I have earned the promotion I can't be happy about it because I know what they have said. I have earned the skills to operate the motor grader and all the other machines because I have worked hard but I do feel that it was always on the pretense that I help the supervisors Doug

Kelly and Curtis Knowles get rid of the black employees there at the precinct, but they were honestly not doing anything to report and I didn't want to do this anyways. They were making me a nervous wreck and as far as I am concerned, the only problem they could have had with them was the color of their skin. I refuse to make up lies about people and do things to them that are malicious and hateful. In closing I would like to say that there are literally so many racist incidents that have occurred it is not even possible for me to write them all down right now. I want to report and express my dire concern regarding the horrible racist treatment of my coworkers and get this documented so that if they do further retaliate against me my statement will already be filed. I want to make sure that I do what I can to make sure this stops. No one deserves to be treated differently because of the color of their skin. We should all be promoted based on skill. We should all be given the opportunity to learn what we need in order to advance and receive proper training for the job and not be pushed out or left out because of the color of our skin. This horrible racially based treatment has got to stop. Everyone deserves the same opportunities and to be treated with respect. Everyone at the precinct actually gets along great and we have done a lot of great work for Tarrant counties' tax payers and none of us should be used against each other. It has become hazardous to all of us and stretches out to the community. I don't think our tax dollars should pay for racism. We are a family at Tarrant county precinct 1 and Doug and Curtis will not let us even be normal. Please someone help us stop the spread of hate and division. It is destroying people's lives and it has already destroyed the morale at the job and made it impossible for us to work as a team.

Charles Bramlett

I would like to request a Jury Demand for this case.

We demand damages in the amount of $500,000 (five hundred thousand dollars and zero cents). For lost wages as a result of constructive discharge and the resulting damage to myself and my family.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229
(210) 640-7530
Website: www.eeoc.gov

December 2, 2022

Charles W. Bramlett II
116 Timberview Ct.
Burleson, TX 76028

Re: Charles W. Bramlett II v. TARRANT COUNTY PRECINCT 1
   EEOC Charge Number: 451-2021-01110

The Commission has determined that efforts to conciliate this charge as required Title VII of the Civil Rights Act of 1964 (Title VII) have been unsuccessful. This letter is the notice required by §1601.25 of the Commission's Regulations, which provides that the Commission shall notify a Respondent in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made.

The Commission has determined that it will not bring a lawsuit against the above-named Respondent. The issuance of the enclosed Notice of Right to Sue concludes the processing of this charge by the Commission.

On Behalf of the Commission:

Norma J. Guzman
Digitally signed by Norma J. Guzman
Date: 2022.12.05 15:10:59 -06'00'

Norma J. Guzman
Field Director

Cc:
Leslie L Hunt
401 West Belknap Street
Fort Worth, TX 76196


Chris Young
PO Box 3298
Glens Falls, NY 12801

**Charles W Bramlett II**
15017 S Scenic Dr.
Barbeau, MI 49710
(682)521-0400
aholling4242@yahoo.com

17th, February 2023

**US District Court Clerk**
501 W 10th St
Fort Worth, TX 76102

To Whom it may concern:

Please find the attached documents for filing.

3 copies of the complaint

4 summons

1 cover sheet

1 informa pauperis

As well as a self addressed stamped envelope for the return of one complaint. Thank you for your time and effort in this matter. Please do not hesitate to call or email is there is a problem with anything. This is a Pro Se matter and I have done my best to complete everything required. Thank you again.

Sincerely,

*Charles W Bramlett II*

Charles W. Bramlett II, Pro Se

# CIVIL COVER SHEET 4:23CV-203-P

JS 44 (Rev. 10/20) TXND (10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Charles W. Bramlett II

**DEFENDANTS**
Tarrant County; Tarrant County Precinct One
Doug Kelly, Curtis Knowles, Catherine Young-Junior

**(b)** County of Residence of First Listed Plaintiff: Chippewa, MI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tarrant county
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se   682-521-0400
15017 S Scenic Rd, Barbeau, MI 49710

Attorneys *(If Known)*
Tarrant County DA. 817-884-2549
401 W Belknap St, Fort Worth TX 76102

## II. BASIS OF JURISDICTION
*(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)* *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations |  | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise |  | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
|  |  | 790 Other Labor Litigation | 862 Black Lung (923) |  |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** |  | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | [X] 442 Employment / 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty |  | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | **IMMIGRATION** |  | 950 Constitutionality of State Statutes |
|  | 448 Education / 550 Civil Rights | 462 Naturalization Application |  |  |
|  | 555 Prison Condition | 465 Other Immigration Actions |  |  |
|  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Title VII 1964 Civil Rights Act

Brief description of cause: retaliation, discrimination, constructive discharge

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ $500,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 2-17-2023
SIGNATURE OF ATTORNEY OF RECORD: Charles W. Bramlett II Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Charles Bramlett
15017 S Scenic Rd
Barbeau, MI 49710

U.S. District Clerks Office
501 W 10th St.
Fort Worth, TX 76102

**Extremely Urgent**

9066369000
4234 I-75 BUSINESS SPUR
SAULT SAINTE MARIE MI 49783    DWT: 14,12,1

SHIP TO:
US DISTRICT CLERKS OFFICE
501 W 10TH ST STE 310
**FORT WORTH  TX  76102-3641**

Visit UPS.com

Apply shipping documents on this side.

This envelope is for u



TX 761 9-05

Scan QR code to
schedule a pickup

**UPS GROUND**
TRACKING #: 1Z 685 47A 03 9310 5525



**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

BILLING: P/P

Trx Ref No.: PM PKG ID 377299
Trx Ref No.: FROM AMY BRAMLETT



RECEIVED
FEB 27 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Serving you for more than 110 years
United Parcel Service.®

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195101  9/20  PAC  United Parcel Service

80% Post-Consumer Content