UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES W. BRAMLETT II,**

   Plaintiff,

v.                                    **No. 4:23-cv-00203-P**

**TARRANT COUNTY, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 51), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **8th day of January 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE